ELLIOTT ABRAMS, ESQ., Bar No. 094715
LAW OFFICES OF ELLIOTT ABRAMS
2033 North Main Street, Suite 750
Walnut Creek, California 94596-3774
(925) 947-1333
(925) 210-1224 Fax

Attorney for Creditor
THE CURTIN MARITAL TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-49803-EDJ** |
| **MORTGAGE FUND 'O8 LLC,** | **Chapter 11** |
| Debtors. | **REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS, INCLUSION IN MASTER MAILING LIST** |

PLEASE TAKE NOTICE that ELLIOTT ABRAMS, Attorney for Creditor, THE CURTIN MARITAL TRUST, hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings, plans or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court. ELLIOTT ABRAMS, Attorney for Creditor, THE CURTIN MARITAL TRUST, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

//

//

//

- 1 -

| | |
|---|---|
| 1 | Elliott Abrams, Esq. |
| 2 | Law Offices of Elliott Abrams |
|   | 2033 North Main Street, Suite 750 |
|   | Walnut Creek, CA 94596-3774 |
| 3 | (925) 947-1333 |
|   | abramsbk@pacbell.net |
| 4 | |

5  Dated: September 15, 2011        /s/ Elliott Abrams
                                    ELLIOTT ABRAMS

# CERTIFICATE OF SERVICE

I, the undersigned, under penalty of perjury, declare and say:

I am a citizen of the United States and am employed in the County of Contra Costa at 2033 North Main Street, Suite 750, Walnut Creek, California 94596. I am over 18 years of age and not a party to the within action.

On May 20, 2011, I served the within

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS, INCLUSION IN MASTER MAILING LIST**

By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, at the mail collection site at my place of employment, addressed as follows or by electronic mail as indicated:

VIA ELECTRONIC MAIL
Office of the US Trustee
1301 Clay Street #690N
Oakland, CA 94612-5231

VIA ELECTRONIC MAIL
ATTORNEY FOR DEBTORS
Gary M. Kaplan
Farella Braun and Martel LLP
235 Montgomery Street
San Francisco, CA 94104

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the United States Postal Service on that same day at Walnut Creek, California, in the ordinary course of business.

Executed on May 20, 2011, at Walnut Creek, California.

/s/ Ellen Krause Johnson
ELLEN KRAUSE JOHNSON