MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
NING YU (SBN 273176)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Susan L. Uecker,
Liquidating Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re: | Case No. 11-49803-RLE-11 |
| MORTGAGE FUND '08 LLC, | Chapter 11 |
| Debtor. | *EX PARTE* APPLICATION FOR RULE 2004 EXAMINATION |

TO: THE HONORABLE ROGER L. EFREMSKY, UNITED STATES
BANKRUPTCY JUDGE AT OAKLAND, CALIFORNIA:

COMES NOW Susan L. Uecker, Liquidating Trustee ("Applicant") and respectfully represents:

1. The within case was commenced by the filing of an involuntary chapter 7 petition on September 12, 2011. The within case was then converted to a case under chapter 11 pursuant to a stipulation and order entered on or about September 28, 2011. Susan L. Uecker is the appointed Trustee of the Mortgage Fund '08 Liquidating Trust pursuant to the Plan confirmed on February 3, 2012.

2. Applicant requests authority to examine Kelly Ng with respect to the acts, conduct and affairs of the debtor, including, but not limited to, the debtor's purported transfer to him of an interest in a certain Promissory Note, dated September 26, 2006, and secured by real property at

1

2737 Sutter Street, San Francisco, California.

WHEREFORE, Applicant prays:

1. That Kelly Ng appear for examination, pursuant to Bankruptcy Rule 2004(a), at the Law Offices of Macdonald Fernandez LLP, 221 Sansome Street, Third Floor, San Francisco, California pursuant to Subpoena; and

2. For such other and further relief as is proper in the premises.

DATED: March 6, 2012              MACDONALD | FERNANDEZ LLP

                                  By: /s/ Iain A. Macdonald
                                      Iain A. Macdonald
                                      Attorneys for Susan L. Uecker,
                                      Liquidating Trustee